GAS 245D    (Rev. 10/24) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- | --- |
|  | ) | (For Revocation of Probation or Supervised Release) |
| v. | ) |  |
|  | ) |  |
| Akeem Elijahwoun Kirksey | ) | Case Number: 2:15CR00008-9 |
|  | ) |  |
|  | ) | USM Number: 19332-021 |
|  | ) |  |
|  | ) | Jason Aaron Nix |
|  | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violations of mandatory conditions of the term of supervision.

■ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | The defendant committed another federal, state, or local crime (mandatory condition). | March 7, 2023 |
| 2 | The defendant possessed a firearm, ammunition, destructive device, or any other dangerous weapon (mandatory condition). | March 7, 2023 |
| 3 | The defendant unlawfully possessed a controlled substance (mandatory condition). | March 7, 2023 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

■ The defendant has not violated the _____ condition(s), _____ and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: 2424

Defendant's Year of Birth: 1989

City and State of Defendant's Residence:

Brunswick, Georgia

January 27, 2025
Date of Imposition of Judgment

Signature of Judge

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

Jan 27, 2025
Date

DEFENDANT: Akeem Elijahwoun Kirksey
CASE NUMBER: 2:15CR00008-9

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **24 months**

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____.

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____.

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL